IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10081
Conference Calendar
_____

LARRY LYNN ROBINSON,

                                        Plaintiff-Appellant,

versus

DALLAS COUNTY, TEXAS,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2411
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Larry Lynn Robinson appeals the district court's dismissal
with prejudice of his 42 U.S.C. § 1983 complaint pursuant to 28
U.S.C. § 1915(d) and the dismissal without prejudice of his
habeas claims for failure to exhaust state remedies.  Robinson
contends that he has been unlawfully imprisoned because his
conviction violates the constitutional prohibition against double
jeopardy.  Robinson's § 1983 claims are legally frivolous because
they question the validity of his conviction and his conviction

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

has not been declared invalid pursuant to <u>Heck v. Humphrey</u>, 114 S. Ct. 2364, 2372 (1994). <u>Boyd v. Biggers</u>, 31 F.3d 279, 283 (5th Cir. 1994). Robinson admits that he has not exhausted state remedies regarding his habeas claims. <u>See</u> 28 U.S.C. § 2254(b). Accordingly, Robinson's appeal is frivolous and should be dismissed for the reasons adopted by the district court. <u>See</u> 5th Cir. R. 42.2. <u>Robinson v. Dallas County</u>, No. 3:95-CV-2411 (N.D. Tex. Dec. 19, 1995). Robinson's motion to investigate his criminal history is DENIED.

We caution Robinson that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Robinson is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED; MOTION DENIED.